NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMPHASTAR PHARMACEUTICALS, INC.,**
*Appellant*

**v.**

**AEGIS THERAPEUTICS, LLC,**
*Appellee*

---

2023-1783

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01324.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

(3) All pending motions are denied as moot.

FOR THE COURT

March 7, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 7, 2025